UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIAH DAWKINS,
    Plaintiff,

vs.                              Case No. 5:24cv176-TKW/MJF

CAROL CHRISTI and JACKSON
COUNTY CORRECTIONAL
FACILITY,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee, failure to comply with court orders, and failure to prosecute. Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The copy of the Report and Recommendation that was mailed to Plaintiff's address of record was returned as undeliverable, but the Clerk re-sent it to another address on December 18, 2024. *See* Doc. 7. The re-sent copy of the Report and Recommendation was not returned, so it was presumably received by Plaintiff.

2.	This case is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with court orders, and failure to prosecute.

3.	The Clerk shall enter judgement in accordance with this Order and close the case file.

**DONE AND ORDERED** this 13th day of January, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**